UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID LETTIERI,

                Plaintiff,

-against-

U.S. IMMIGRATION CUSTOMS ENFORCEMENT,

                Defendant.

24-CV-5033 (LTS)

CIVIL JUDGMENT

For the reasons stated in the August 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 26, 2024
          New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                           Chief United States District Judge